

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-497-CV

IN RE BRIAN ARMSTRONG                                          RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of habeas corpus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of habeas corpus and motion for emergency relief are denied.

Relator shall pay all costs incurred in this proceeding, for which let execution issue.

PER CURIAM

PANEL:  LIVINGSTON, GARDNER, and WALKER, JJ.

DELIVERED:  December 30, 2008

---

[1] *See* Tex. R. App. P. 47.4.